IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JAN POLLAN and LILLIAN CACHUCHA,

    Plaintiffs,

vs.                                                                  Civ. No. 99-804 LH/WWD ACE

AMADEO HERRERA in his individual and
official capacity, and BERT DeLARA and RAY
RIVERA, in their individual and official capacities,

    Defendants.

## MEMORANDUM OPINION AND ORDER

This matter comes before the Court upon Plaintiffs' Motion to Compel Defendants DeLara and Rivera [hereinafter "Defendants"] to Respond to Plaintiffs' First Sets of Discovery Requests [docket no. 45]. The motion was filed March 20, 2000. In it, Plaintiffs seek to compel the production of Defendants' personnel files and training records. Request for production no. 2 to Defendants and footnote at page 3 of Memorandum in Support of Plaintiffs' Motion. The portion of Plaintiffs' motion dealing with requests for production no. 4 has been withdrawn. Interrogatory no. 1 to Defendants seeks, *inter alia*, their Social Security numbers and home addresses. This information should be furnished to counsel pursuant to an appropriate confidentiality order. Interrogatory no. 7 to Defendants seeks information regarding their involvement as a party in other lawsuits or administrative proceedings.

Defendants' objections to responding to the aforementioned requests for production and interrogatories are not well taken and will be denied. Full and complete responses as well as the sought document production should be served on Plaintiffs on or before <u>April 20, 2000</u>.

Discovery shall proceed in accordance with the foregoing.

**IT IS SO ORDERED**.

_____
UNITED STATES MAGISTRATE JUDGE